UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABC IP, LLC; and RARE BREED TRIGGERS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> CLOAK INDUSTRIES, INC.; and WILLIAM C. KING, JR., <br><br>  Defendants. | Case No. 1:26-cv-00001-AKB <br><br> **ORDER GRANTING EXTENSION** |

Pending before the Court is Defendants' Motion for Extension of Time to Respond to Complaint (Dkt. 9). Defendants seeks a three-week extension on the deadline (*id.* at 1). Based upon the motion, and for good cause appearing, the Court hereby grants the motion.

**IT IS HEREBY ORDERED** that the Motion for Extension of Time to Respond to Complaint (Dkt. 9) is **GRANTED**. Defendants shall respond to the Complaint (Dkt. 1) no later than **February 20, 2026**.

DATED: January 30, 2026

Amanda K. Brailsford
U.S. District Court Judge

ORDER GRANTING EXTENSION – 1