Jared W. Allen, ISB No. 5793
Beard St. Clair Gaffney PA
955 Pier View Drive
Idaho Falls, ID 83402
Tel: (208) 523-5171
Fax: (208) 529-9732
Email: allen@beardstclair.com

Glenn D. Bellamy, Ohio Bar No. 0070321(pro hac vice)
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 707-0243
Fax: (513) 241-6234
E-mail: gbellamy@whe-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>Cloak Industries, Inc., an Idaho corporation, and William C. King Jr., an individual,<br><br>    Defendants. | Case No.: 1:26-cv-00001-AKB<br><br>**NOTICE OF MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES** |

Pursuant to United States Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1, Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. (collectively "Plaintiffs"), hereby provide notice regarding MDL proceedings pertinent to this case. *See In re: Super Safety Litigation*, MDL No. 3176.

1.	On December 23, 2025, defendants in related actions ("Movants") filed a Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Motion") before the Judicial Panel on Multidistrict Litigation ("Panel").

2.	On January 13, 2026, Plaintiffs filed a Response to Defendants' Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Response") before the Panel.

3.	On January 20, 2026, Movants filed a Reply in Support of Their Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Reply") before the Panel.

Copies of the MDL Motion, MDL Response, and MDL Reply and all attachments are attached hereto.

///

///

///

///

///

///

///

///

///

///

///

DATED: February 6, 2026				Respectfully submitted,

/s/ Jared W. Allen
Jared W. Allen, ISB No. 5793
**Beard St. Clair Gaffney PA**
955 Pier View Drive
Idaho Falls, ID 83402
Tel: (208) 523-5171
Fax: (208) 529-9732
Email: allen@beardstclair.com

Matthew A. Colvin (pro hac vice forthcoming)
Texas Bar No. 24087331
Carl E. Bruce (pro hac vice forthcoming)
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
           bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 7472091

Ben Christoff (pro hac vice forthcoming)
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1001 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy (pro hac vice)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

Notice of Motion to Transfer and Consolidate Related Cases - 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 6, 2026, through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Zachery J. McCraney
>Timothy Getzoff
>Paul Swanson
>Holland & Hart LLP
>zjmccraney@hollandhart.com
>tgetzoff@hollandhart.com
>pswanson@hollandhart.com

/s/ Jared W. Allen
Jared W. Allen
Of Beard St. Clair Gaffney PA
Attorney for Plaintiffs