Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
zjmccraney@hollandhart.com

Timothy Getzoff (pro hac vice forthcoming)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303.473.2700
tgetzoff@hollandhart.com

Paul Swanson (pro hac vice forthcoming)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: 303.295.8000
pdswanson@hollandhart.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOAK INDUSTRIES, INC., and WILLIAM C. KING, JR., <br><br> Defendants. | Case No. 1:26-cv-00001-AKB <br><br> **NOTICE OF DEFENDANTS' BRIEF IN RESPONSE TO MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES** |

COME NOW the Defendants herein and provide notice to this Court of additional briefing concerning the Multi-District Litigation ("MDL") proceedings referenced by Plaintiffs, which were not included in the documents submitted to the Court.

NOTICE OF DEFENDANTS' BRIEF IN RESPONSE TO MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES - 1

On February 6, 2026, Plaintiffs filed a Notice of Motion to Transfer and Consolidate Related Cases (Dkt. 11). Plaintiffs' Notice identifies and attaches MDL filings that Plaintiffs believe are pertinent to this case. However, that Notice omits the Interested Party Response filed on January 30, 2026, by the Partisan Network in MDL No. 3176 (Dkt. 17).

WHEREFORE, Defendants provide the "Partisan Network's Interested Party Response to Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S.C.§ 1407," attached hereto as **Exhibit A**, for this Court's information and consideration.

DATED: February 9, 2026

        HOLLAND & HART LLP

        By: */s/ Zachery J. McCraney*
            Zachery J. McCraney
            Timothy Getzoff
            Paul Swanson
            ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of February, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Jared W. Allen                                 allen@beardstclair.com
    Beard St. Clair Gaffney PA

    Glenn D. Bellamy                            gbellamy@whe-law.com
    Wood Herron & Evans LLP

                                            */s/ Zachery J. McCraney*
                                            Zachery J. McCraney
                                            For HOLLAND & HART LLP

37001566_v1