## IN THE UNITED STATES DISTRICT COURT
## FOR THE OF IDAHO

| | | |
|---|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | ) ) ) | CASE NO. 1:26-cv-00001-AKB |
| *Plaintiffs*, | ) ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| Cloak Industries, Inc., an Idaho corporation, | ) ) | |
| and | ) ) | |
| William C. King Jr., an individual, | ) ) | |
| *Defendants*. | ) ) ) | |

### JOINT STIPULATION TO STAY DEADLINES

Plaintiffs ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively, "Plaintiffs") and Defendants Cloak Industries, Inc. and William C. King Jr. (collectively, "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), by and through undersigned counsel, respectfully and jointly submit this Stipulation to stay all deadlines in this Court pending the United States Judicial Panel on Multidistrict Litigation's ("JPML") forthcoming decision on requests to centralize related actions, including this case.

In support of their Stipulation, the Parties state as follows:

1. This case has been identified in fully briefed multidistrict litigation filings for potential consolidation in a district court to be selected by the JPML. *See In re: Super Safety Patent Litigation*, MDL No. 3176. The Parties agree that this case should be consolidated. A decision from the JPML on centralization is expected in the near term.

2. A stay of deadlines in this case pending the JPML's decision on centralization will

promote judicial economy, conserve the resources of the Court and the Parties, and avoid prejudice to either side.

3. The Parties therefore jointly request a stay of all deadlines in this matter until the JPML issues its decision on centralization.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying the pending deadlines pending the JPML's decision on centralization, including this case.

DATED: March 24, 2026

Respectfully submitted,

/s/ Matthew A. Colvin

Matthew A. Colvin (admitted *pro hac vice*)
Texas Bar No. 24087331
Carl E. Bruce (admitted *pro hac vice*)
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
        bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 7472091

Jared W. Allen, ISB No. 5793
**BEARD ST. CLAIR GAFFNEY PA**
955 Pier View Drive
Idaho Falls, ID 83402
Tel: (208) 523-5171
Fax: (208) 529-9732
E-mail: allen@beardstclair.com

Ben Christoff (admitted *pro hac vice*)
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1001 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

*Attorneys for Plaintiffs*
***ABC IP, LLC and Rare Breed Triggers, Inc.***

DATED: March 24, 2026

Respectfully submitted,

/s/ Zachery J. McCraney

Zachery J. McCraney (ISB #11552)
**HOLLAND & HART LLP**
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Tel: (208) 342-5000
E-mail: zjmccraney@hollandhart.com

Timothy Getzoff (pro hac vice forthcoming)
**HOLLAND & HART LLP**
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700
E-mail: tgetzoff@hollandhart.com

Paul Swanson (pro hac vice forthcoming)
**HOLLAND & HART LLP**
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
E-mail: pdswanson@hollandhart.com

*Attorneys for Defendants*
***Cloak Industries, Inc. and William C. King***

3

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 24, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Matthew A. Colvin
Matthew A. Colvin